IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**LONNIE SMITH, JR., Individually and on**                   **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                No. 2:20-cv-2158-PKH

**SIMMONS PREPARED FOODS, INC.**                            **DEFENDANT**

## SECOND STATUS REPORT

COME NOW Plaintiff's counsel Daniel Ford and Josh Sanford, and for their Second Status Report they hereby state as follows:

1. Plaintiff's counsel previously provided a Status Report to this Court on April 16. *See* ECF No. 28.

2. Since that time, Plaintiff's counsel have continued reasonable efforts to contact Plaintiff and discuss the current status of the case with him.

3. While Plaintiff's counsel have not yet been able to communicate with Plaintiff directly, they have successfully contacted individuals who they believe *are* able to communicate directly with Plaintiff, and hope that this progress leads to a resolution of the current communication issues.

4. At the time of this filing, Plaintiff's counsel are unable to provide any additional information to the Court.

5. Plaintiff's counsel will provide an additional status report in 14 days, if the present issues are not otherwise resolved.

Respectfully submitted,

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com