**From:** Lonnie Smith
**To:** ARWDdl_Pkhinfo
**Date:** Thursday, April 8, 2021 4:36:44 PM

**CAUTION - EXTERNAL:**

LONNIE SMITH JR.
CASE#2:20-cv-02158-PKH

Reasons why I withdrew my contract with Sanford law firm

  1.)     Original complaint  - Collective action
Case 2:20-CV-02158-PKH document 2
Filed 09/02/20 page 9 of 11 page ID # 10
  #66  By reason of unlawful acts alleged herein, Defendant is liable to Plaintiff and all similarly situated employees for monetary damages, liquidated damages and costs, beginning at least three (3) years preceding the filing of Plaintiffs intial complaint, plus periods of (equitable tolling).

  2.)    Upon filing Plaintiffs complaint with the United States District Court Sanford law failed to establish (equitable tolling) should apply. Sanford law failed to inform Plaintiff that delays associated with FLSA collective actions are extraordinary circumstances that could warrant applications of the doctrine of equitable tolling.

  3.)    Sanford law mislead the Plaintiff into allowing the statutory period to lapse. Plaintiff had no reasonable way of discovering the alleged wrong before the end of the period. FLSA collective action prevented timely filing despite diligently pursuing  their rights.

4.)  I can't wrap my head around the fact that Sanford law had filed me in a collective on behalf of other similar statues when I am the only one in the collective, knowing that I can not speak on anyone's behalf.  Josh and Daniel are wage and hour employment attorneys and should know better and Sanford law made me feel so stupid for consenting me to a collective that no one else has consented to opt in on.

5.) Sanford law took my signature from the hellosign electronic signature platform they have their clients use to sign documents online, which gives anyone at Sanford law the authority to use ,take away and add documents anytime they choose without permission or knowledge of their clients and I can not see where that can be legal at all.

6.)  I would never authorize Sanford law firm to do in any manner as they see fit in a million years (as stated in the attorney contract agreement.) Attorneys Josh Sanford and Daniel Ford are very incompetent and everything they do is false and misleading. On 8/10/20 I filed a discrimination complaint against my former employer. Sanford law did not make a request to the courts for equitable tolling on my complaint dated 8/10/20, therefore I have lost my rights, but yet and still on page 10 #66 it states that the defendants are liable to Mr. Smith for monetary and can you believe equitable tolling.

7.) I'm pretty sure Sanford law firm hasn't informed you that I dismissed them from my case on 11/18/20 via e-mail and ordered all communication and work to cease immediately. I also sent a certificate letter via u.s postal mail addressed to Josh Sanford, Daniel Ford and Anna Stiritz to Sanford law firm and received the signed receipt back as verified evidence they received it.

8.) On 3/10/21 I received an email from Samuel Brown from Sanford laws settlement division informing me a settlement has been reached in my case. I asked him to mail me this so called settlement agreement and he did so.

9.) I have no idea what is going on and what gives Josh Sanford, Daniel Ford or anyone else at Sanford law firm the authority to take my rights away from me and use my identity for their own financial gain. Their behavior is very unethical, negligent and one hundred percent unprofessional and I'm having a hard time comprehending how Sanford law firm are still practicing law at all.

    I would like to thank you very much Honorable P.K. Holmes for your time and attention to this matter.
                        Sincerely, Lonnie Smith Jr.

I, Lonnie Smith Jr.has facts and documented evidence that substantiate the allegations. I can be contacted at phone number 4794203531.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Lonnie Smith |
| **To:** | ARWDdl_Pkhinfo |
| **Subject:** | Additional information |
| **Date:** | Thursday, April 8, 2021 4:38:17 PM |

**CAUTION - EXTERNAL:**

Additional information

I knew I had a legitimate wage and hour claim, so the early part of December,2021  I filed a wage and hour complaint with the Arkansas department of labor.

Kyle Fisher from the department of labor contacted me and asked me a few questions and said to contact him after the first of the year.

Around the middle of January, 2021  I contacted Kyle Fisher by phone and we discussed my claim briefly at that time.

There were several more verbal conversations by phone between me and Kyle Fisher between  January and the first part of March, 2021, when, he informed me that he was going to mail me a letter stating that my right's would remain intact and I could still pursue my wage and hour claim. I have yet to receive the document from Mr. Fisher and can only provide the case number of my claim (1909940). All interaction between myself and Mr. Fisher was verbal via telephone.

Thank you for your time and attention on this matter , Lonnie Smith Jr.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Lonnie Smith |
| **To:** | ARWDdl_Pkhinfo |
| **Subject:** | Fwd: Withdrawal of contract notice |
| **Date:** | Thursday, April 8, 2021 4:40:16 PM |

**CAUTION - EXTERNAL:**

---------- Forwarded message ---------
From: **Lonnie Smith** <lonnies981@gmail.com>
Date: Wed, Nov 18, 2020, 5:44 PM
Subject: Withdrawal of contract notice
To: Daniel Ford <daniel@sanfordlawfirm.com>, Josh S <josh@sanfordlawfirm.com>, Anna Stiritz <anna@sanfordlawfirm.com>


I Lonnie Smith Jr. Has decided that I no longer as of Wednesday November 18,2020 that I no longer believe that it's in my best interest for Sanford Law Firm to represent me due to conflict of interest. I would like all communication and work detail on my wage and hour claim to seize as of today 11/18/20. Thank you Lonnie Smith Jr.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Lonnie Smith |
| **To:** | ARWDdl_Pkhinfo |
| **Subject:** | Fwd: Your Case |
| **Date:** | Thursday, April 8, 2021 4:40:39 PM |
| **Attachments:** | image875173.png |
| | image875173.png |

**CAUTION - EXTERNAL:**

---------- Forwarded message ---------
From: **Josh S** <josh@sanfordlawfirm.com>
Date: Mon, Nov 30, 2020, 8:42 PM
Subject: Your Case
To: Lonnie Smith <lonnies981@gmail.com>
Cc: Daniel Ford <daniel@sanfordlawfirm.com>

Lonnie,

I got a letter from you that I have questions about; do you have time tomorrow for a short phone call?

What's a good phone number for you?

Thanks,
Josh

### Josh Sanford
**Managing Attorney, Sanford Law Firm, PLLC**



800-615-4946 (Main) | 501-904-1656 (Direct)

josh@sanfordlawfirm.com | www.sanfordlawfirm.com

650 S. Shackleford Rd., Suite 411
Little Rock, AR 72211

**Little Rock, AR • Birmingham, AL • Chicago, IL • San Antonio, TX**

*Attorneys admitted in courts in AR • AL • CO • IL • MI • MS • NC • ND • NE • TX • WA*

**Ranked a Top 200 Firm in Federal Court Litigation in 2019**

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Lonnie Smith
**To:** ARWDdl_Pkhinfo
**Subject:** Fwd: Reminder: Declaration is awaiting your signature
**Date:** Thursday, April 8, 2021 4:41:04 PM

**CAUTION - EXTERNAL:**

---------- Forwarded message ---------
From: **marley** <noreply@mail.hellosign.com>
Date: Wed, Nov 25, 2020, 11:14 AM
Subject: Reminder: Declaration is awaiting your signature
To: <lonnies981@gmail.com>



ACTION REQUESTED

**marley@sanfordlawfirm.com** is awaiting your signature

GET STARTED

DOCUMENT

Declaration

MESSAGE FROM SENDER

Mr. Smith,

Please review and sign this document.

Thanks,
Marley

Warning: To prevent others from accessing your document, please do not forward this email.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Lonnie Smith
**To:** ARWDdl_Pkhinfo
**Subject:** Fwd: Lonnie Smith jr. Contact information
**Date:** Thursday, April 8, 2021 4:42:24 PM

**CAUTION - EXTERNAL:**

---------- Forwarded message ---------
From: **Vanessa Franklin** <vanessafranklin290@gmail.com>
Date: Sun, Mar 28, 2021, 6:20 AM
Subject: Lonnie Smith jr. Contact information
To: <lonnies981@gmail.com>

    Judge P.K. Holmes

    Lonnie Smith jr.

    Contact Information

  Address:  123 north 6th street suite200
         Fort Smith Arkansas 72901

    Email:  lonnies981@gmail.com

    Phone number:  479-420-3531

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Lonnie Smith |
| **To:** | ARWDdl_Pkhinfo |
| **Subject:** | Fwd: Dismissal of Your Case |
| **Date:** | Thursday, April 8, 2021 4:42:37 PM |
| **Attachments:** | image124010.png |
| | image124010.png |

**CAUTION - EXTERNAL:**

---------- Forwarded message ---------
From: **Josh S** <josh@sanfordlawfirm.com>
Date: Thu, Apr 8, 2021, 2:21 PM
Subject: Dismissal of Your Case
To: LONNIES981@gmail.com <LONNIES981@gmail.com>

Lonnie,

I am sorry it has taken me a bit of time to get in touch with you—I was hoping I'd catch you on the phone but I don't think the number that I have works for you.

There's a note that you want to dismiss your case. Let's discuss!

There are 2 (maybe there are more) ways to dismiss your case, and I'd like to find out from you which one you might prefer, or if you have something else in mind.

Please call me when you can.

Thanks,

### Josh Sanford

**Managing Attorney, Sanford Law Firm, PLLC**



800-615-4946 (Main) | 501-904-1656 (Direct)

josh@sanfordlawfirm.com | www.sanfordlawfirm.com

**NEW ADDRESS   (WATCH THE VIDEO)**

10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

Little Rock, AR • Birmingham, AL • Chicago, IL • Denver, CO • Omaha, NE • Phoenix, AZ • San Antonio, TX

Attorneys admitted in courts in AR • AL • CO • IL • MI • MS • NC • ND • NE • NM • TX • WA

**No. 1 Plaintiff Employment Law Firm in the U.S.**

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Lonnie Smith |
| **To:** | ARWDdl_Pkhinfo |
| **Subject:** | Fwd: Settlement Agreement in Your Case |
| **Date:** | Thursday, April 8, 2021 4:43:31 PM |
| **Attachments:** | image179311.png |
| | image179311.png |

**CAUTION - EXTERNAL:**

---------- Forwarded message ---------
From: **Samuel Brown** <samuel@sanfordlawfirm.com>
Date: Wed, Mar 10, 2021, 11:26 AM
Subject: Settlement Agreement in Your Case
To: Lonnie Smith <lonnies981@gmail.com>

Hello Mr. Smith,

My name is Samuel Brown and I handle settlements for the Sanford Firm. If you have a free moment please reach out to me. I would like to discuss the terms of your settlement with Simmons Foods with you.

### Samuel Brown

**Sanford Law Firm, PLLC**

800-615-4946 (Main)



samuel@sanfordlawfirm.com | www.sanfordlawfirm.com

**NEW ADDRESS   (WATCH THE VIDEO)**

10800 Financial Centre Parkway, Suite 510

Little Rock, AR 72211

Little Rock, AR • Birmingham, AL • Chicago, IL • San Antonio, TX

Attorneys admitted in courts in AR • AL • CO • IL • MI • MS • NC • ND • NE • TX • WA

 No. 1 Plaintiff Employment Law Firm in the U.S.

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.