IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**LONNIE SMITH, JR., Individually and on**                                   **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                          No. 2:20-cv-2158-PKH

**SIMMONS PREPARED FOODS, INC.**                                           **DEFENDANT**

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT
## AND FOR DISMISSAL OF LAWSUIT

COME NOW Plaintiff Lonnie Smith, Jr. ("Plaintiff") and Defendant Simmons Prepared Foods, Inc. ("Defendant"), by and through their undersigned counsel, and for their Joint Motion for Approval of FLSA Settlement and for Dismissal of Lawsuit, do hereby state and allege as follows:

1. After negotiations in which Plaintiff and Defendant were both represented by counsel, the Parties have reached a Settlement Agreement in this matter, which is attached hereto as Exhibit A.

2. Plaintiff and Defendant believe their agreement is a fair, reasonable, and adequate compromise of a bona fide dispute.

3. Sufficient informal discovery has been exchanged in this matter.

4. Counsel for both Parties are experienced in Fair Labor Standards Act litigation and have considered the probability of success on the merits in negotiation of the Settlement Agreement.

Page 1 of 3
Lonnie Smith, Jr., et al. v. Simmons Prepared Foods, Inc.
U.S.D.C. (W.D. Ark.) No. 2:20-cv-2158-PKH
Joint Motion for Approval of FLSA Settlement and for Dismissal of Lawsuit

5. There was no overreaching by the employer in settlement negotiations and the Settlement Agreement was the product of arm's length negotiations between the Parties.

6. The attorney's fees included within the Settlement Agreement were separately negotiated. Accordingly, the Parties do not seek approval of this portion of the agreement.

7. The Parties submit a brief in support of this Motion.

8. The Parties request that this Court approve the Settlement Agreement in full settlement of this lawsuit and dismiss all claims filed herein with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant their Joint Motion, approve the FLSA settlement reached by the Parties, and dismiss the matter with prejudice.

Respectfully submitted,

**PLAINTIFF LONNIE SMITH, JR.**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 3
Lonnie Smith, Jr., et al. v. Simmons Prepared Foods, Inc.
U.S.D.C. (W.D. Ark.) No. 2:20-cv-2158-PKH
Joint Motion for Approval of FLSA Settlement and for Dismissal of Lawsuit

|   |   |
|---|---|
| and | **DEFENDANT SIMMONS PREPARED FOODS, INC.** |

GABLEGOTWALS
211 North Robinson Avenue, Suite 1500
Oklahoma City, OK 73102
Telephone: (405) 235-5500
Facsimile: (405) 235-2875

Amy M. Stipe
Okla. Bar No. 18361
astipe@gablelaw.com

Ellen A. Adams
Okla. Bar No. 021581
eadams@gablelaw.com
*Admitted pro hac vice*

GABLEGOTWALS
1100 ONEOK Plaza
100 West 5th Street
Tulsa, OK 74103
Telephone: (918) 595-4800
Facsimile: (918) 595-4990

/s/*Christopher S. Thrutchley*
Christopher S. Thrutchley
Okla. Bar No. 15859
cthrutchley@gablelaw.com

Justin A. Lollman
Okla. Bar No. 32051
jlollman@gablelaw.com

CONNER & WINTERS
4375 N. Vantage Drive, Suite 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
Facsimile: (479) 587-1426

Kerri E. Kobbeman
Ark. Bar No. 2008149
kkobbeman@cwlaw.com

**Page 3 of 3**
**Lonnie Smith, Jr., et al. v. Simmons Prepared Foods, Inc.**
**U.S.D.C. (W.D. Ark.) No. 2:20-cv-2158-PKH**
**Joint Motion for Approval of FLSA Settlement and for Dismissal of Lawsuit**