Sept 8 2021

20-cv-2158

I would like for my attoneys Josh stanford in Daniel ford to Renegoate the settlement they sent me in Email of what they submitted within the 14 days in i am not happy with what they submitted

thank you lonnie Smith SR,

they never had my Best intrest in Stanford Law Still dont have my Best intrest

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP -8 2021

By JAMIE GIANI, Clerk
Deputy Clerk