20-2158

To Judge PK Holems

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 22 2021
JAMIE GIANI, Clerk
By
Deputy Clerk

I have Email my attorneys Josh Stanford in Daniel Ford several times Requesting that they Rechedled the Bench Trial that was Schldled for Sept 13 2021 to no avail The Joint motion that was filed along with Simmians attoneys in my attoneys to extend was done without my knowledege my attoneys Did not inform me that they filled a motion to extend Sept 13 2021 Bench trial

Lonnie Smith 52