UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LONNIE SMITH, JR., individually and
on behalf of all others similarly situated                                                    PLAINTIFF

v.                                     No. 2:20-CV-02158

SIMMONS PREPARED FOODS, INC.                                                           DEFENDANT

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, Plaintiff Lonnie Smith, Jr. is awarded judgment against Defendant Simmons Prepared Foods, Inc., in the amount of $2.00, comprising $1.00 in damages on his FLSA and AMWA claims and $1.00 in liquidated damages on those claims. Interest on this judgment will accrue at the rate of 0.11% per annum from the date of entry of this judgment until paid.

IT IS SO ADJUDGED this 21st day of October, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE